UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRY HARRIS, <br><br> Plaintiff <br><br> v. <br><br> STATE OF NEVADA, <br><br> Defendant | Case No.: 2:24-cv-01496-GMN-MDC <br><br> **Order Administratively Closing Case and Opening Case as a Criminal Matter** |

*Pro se* Plaintiff Barry Harris filed a Notice of Removal pursuant to 28 U.S.C. § 1455 and Federal Rule of Civil Procedure 11, (ECF No. 1-1). The Clerk of the Court opened this case as a civil matter under prisoner civil rights. However, after reviewing Harris's notice and 28 U.S.C. § 1455, the Clerk of the Court is directed to administratively close this civil case and to open Harris's filings as a criminal matter under § 1455.

Title 28 U.S.C. § 1455 sets forth the procedure for a criminal defendant to remove a criminal prosecution from state court to federal court. 28 U.S.C. § 1455(a)-(c). A defendant "desiring to remove any criminal prosecution from a State court" must file in the appropriate federal district court a notice of removal signed pursuant to FRCP 11 and meet the specified requirements set forth in the statute. *Id.* at § 1455(a)-(b). If the defendant does not meet the specified requirements set forth in the statute, the federal district court may remand the case. *Id.* at § 1455(b)(4).

Because the statute makes clear that this is a removal of a criminal case, the Clerk of the Court is requested to close this civil case and open Harris's filings in a criminal case. The Court

makes no determination on whether Harris's notice of removal satisfies the requirements of § 1455.

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to:

- **ADMINISTRATIVELY CLOSE** this case;
- **OPEN** and **FILE** Harris's filings in a new criminal matter; and
- **FILE** a copy of this order in the new criminal matter.

Dated: September 20, 2024

_____
U.S. District Judge